# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOLTA BELTING TECHNOLOGY LTD. and SUBCON PRODUCTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOL INDUSTRIES, INC. and THERMODRIVE LLC, <br><br> Defendants. | Civil Action No. 08-CV-04520 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Volta Belting Technology Ltd. and Subcon Products, Inc. hereby voluntary dismiss the above captioned case without prejudice. The patent-in-suit is in reexamination before the U.S. Patent & Trademark Office and the parties have agreed not to litigate the patent dispute in court while the reexamination is pending. Defendants have not filed an answer or a motion for summary judgment, thus voluntary dismissal under this rule is proper.

Dated: January 7, 2009

OF COUNSEL:

Bruce R. Genderson
Ari S. Zymelman
Stanley E. Fisher
Kendra P. Robins

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

_/s/ M. Segal_
Mark Aronchick (#20261)
maronchick@hangley.com
Daniel Segal (#26218)
dsegal@hangley.com

Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA
(215) 496-7002
(215) 568-0300 (Facsimile)
*Attorneys for Volta Belting Technology, Ltd. and Subcon Products, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel Segal, hereby certify that, on this 8th day of January, 2008, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal Pursuant to Rule 41 to be served by electronic filing upon all counsel of record.

_____
Daniel Segal